**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Reel Tyme Marketing Services, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 38-3764835 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1043 Upsala Road** **Sanford, FL 32771** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Seminole** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Reel Tyme Marketing Services, Inc.**           Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **Andrew Dorko, Jr.** | Relationship | **Owner** |
|---|---|---|---|
| District | **Middle District of Florida** | When **2/16/18** | Case number, if known **6:18-bk-00870** |

Debtor    **Reel Tyme Marketing Services, Inc.**
Name

Case number (*if known*)

Debtor   **Reel Tyme Marketing Services, Inc.**
_____
Name

Case number (*if known*) _____

**11.** **Why is the case filed in *this district?*** Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .  Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Reel Tyme Marketing Services, Inc.** _____     Case number (*if known*) _____
Name

| | |
|---|---|
| ███████ | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 10, 2020** _____
MM / DD / YYYY

**X** **/s/ Andrew Dorko, Jr.** _____         **Andrew Dorko, Jr.** _____
Signature of authorized representative of debtor         Printed name

Title    **President** _____

**18. Signature of attorney**

**X** **/s/ Aldo G. Bartolone** _____         Date    **November 10, 2020** _____
Signature of attorney for debtor         MM / DD / YYYY

**Aldo G. Bartolone 173134** _____
Printed name

**Bartolone Law, PLLC** _____
Firm name

**1030 N. Orange Avenue**
**Suite 300**
**Orlando, FL 32801** _____
Number, Street, City, State & ZIP Code

Contact phone    **(407) 294-4440** _____    Email address    **aldo@bartolonelaw.com** _____

**173134 FL** _____
Bar number and State

Fill in this information to identify the case:

| Debtor name | **Reel Tyme Marketing Services, Inc.** |
|---|---|
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amos Financial LLC 3330 Skokie Valley Rd. Suite 301 Highland Park, IL 60035 | | 1043 Upsala Road Sanford, FL 32771 | | $3,200,000.00 | $3,156,106.00 | $43,894.00 |
| Big Elk Funding LLC c/o Corporation Trust Co. 1209 Orange Street Wilmington, DE 19801 | | 1043 Upsala Road Sanford, FL 32771 | | $4,000,000.00 | $3,156,106.00 | $4,000,000.00 |
| BMO Harris Bank, N.A. 111 W. Monroe Street Chicago, IL 60603 | | Loan | | | | $1,472,000.00 |
| Discount Long Distance LLC 7300 Hudson Blvd. Suite 265 Saint Paul, MN 55128 | | 1043 Upsala Road Sanford, FL 32771 | | $560,000.00 | $3,156,106.00 | $560,000.00 |
| Patrick D. Crocker 107 W. Michigan Avenue 4th Floor Kalamazoo, MI 49007 | | Settlement Agreement | | | | $1,291,051.00 |
| RS Elliott Specialty Supply 2551 Mercy Drive Orlando, FL 32808 | | Construction Services | Disputed | | | $8,950.38 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Reel Tyme Marketing Services, Inc.
1043 Upsala Road
Sanford, FL 32771

Justin M. Luna, Esq.
111 N. Magnolia Avenue
Suite 1400
Orlando, FL 32801

Aldo G. Bartolone
Bartolone Law, PLLC
1030 N. Orange Avenue
Suite 300
Orlando, FL 32801

Patrick D. Crocker
107 W. Michigan Avenue
4th Floor
Kalamazoo, MI 49007

Amos Financial LLC
3330 Skokie Valley Rd.
Suite 301
Highland Park, IL 60035

RS Elliott Specialty Supply
2551 Mercy Drive
Orlando, FL 32808

Andrew Fulton, IV, Esq.
Kelley & Fulton, P.L.
1665 Palm Beach Lakes Blvd.
Suite 1000
West Palm Beach, FL 33401

Big Elk Funding LLC
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

BMO Harris Bank, N.A.
111 W. Monroe Street
Chicago, IL 60603

Discount Long Distance LLC
7300 Hudson Blvd.
Suite 265
Saint Paul, MN 55128

Discount Long Distance LLC
10161 Park Run Drive
Suite 231
Las Vegas, NV 89145

Jason A. Rosenthal, Esq.
4767 New Broad Street
Orlando, FL 32814

# United States Bankruptcy Court
## Middle District of Florida

In re　**Reel Tyme Marketing Services, Inc.**

Debtor(s)

Case No.

Chapter　**11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for　**Reel Tyme Marketing Services, Inc.**　in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Andrew Dorko, Jr.**
**4395 St. Johns Parkway**
**Sanford, FL 32771**

☐ None [*Check if applicable*]

**November 10, 2020**

Date

**/s/ Aldo G. Bartolone**

**Aldo G. Bartolone 173134**

Signature of Attorney or Litigant

Counsel for　**Reel Tyme Marketing Services, Inc.**

**Bartolone Law, PLLC**
**1030 N. Orange Avenue**
**Suite 300**
**Orlando, FL 32801**
**(407) 294-4440 Fax:(407) 287-5544**
**aldo@bartolonelaw.com**